IN THE MATTER OF: DOW BONDING COMPANY, ERNEST DOW, RAY SMITH, GENE EDISON AND FREDDIE M. (FLIP) DOW

No. 7227DC790

(Filed 22 November 1972)

Arrest and Bail § 11— order forbidding appellants to execute bail bonds — absence of notice and hearing

Order entered by the chief district court judge *sua sponte* forbidding appellants from executing bail bonds, without notice to appellants and without their having the opportunity to appear and be heard, is void.

ON *certiorari* from an order of *Bulwinkle, Chief District Judge,* entered at the 19 April 1972 Session of District Court held in GASTON County.

On 19 April 1972, the Chief District Judge of the 27th Judicial District entered an order which, among other things, expressly forbade the execution of bail bonds by petitioners to

secure the appearance of anyone in the district courts of the 27th Judicial District or to secure the compliance by any person with any order of a district court of that district.

*Attorney General Robert Morgan by John M. Silverstein, Associate Attorney for the State.*

*Hollowell, Stott & Hollowell; Frank P. Cooke and Steve B. Dolley, Jr., by Grady B. Stott for petitioner appellants.*

VAUGHN, Judge.

The judge issued the order *sua sponte* without due notice to petitioners or appropriate opportunity to appear and be heard. The order is void. *State v. Parish,* 254 N.C. 301, 118 S.E. 2d 786; *In re Wilson,* 13 N.C. App. 151, 185 S.E. 2d 323. The order is vacated.

Vacated.

Judges HEDRICK and GRAHAM concur.